**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6780**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JOSH CAIN,

Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.   Irene M. Keeley, District Judge.  (1:06-cr-00083-IMK-JSK-2)

Submitted:  July 26, 2012            Decided:  August 2, 2012

Before MOTZ, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Josh Cain, Appellant Pro Se.  David Earl Godwin, Shawn Angus Morgan, Assistant United States Attorneys, Clarksburg, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Josh Cain appeals the district court's order denying his motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Cain, No. 1:06-cr-00083-IMK-JSK-2 (N.D.W. Va. Jan. 25, 2012). We deny Cain's motions for transcript at government expense, for appointment of counsel, and for stay pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED